UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MCCAFFREY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF RICHMOND, et al.,<br><br>    Defendants. | Case No. 25-cv-03568-WHO<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff Jesse McCaffrey filed the above-entitled matter in Contra Costa County Superior Court on May 20, 2024. Dkt. No. 1 at 7–13. Following defendants' removal to this court, Mr. McCaffrey has made multiple filings on the docket and has appeared inconsistently at scheduled hearings and case management conferences. Mr. McCaffrey failed to appear at the September 10, 2025, Settlement Conference before Magistrate Judge Robert Illman. Dkt. No. 43. Mr. McCaffrey did not appear at the September 23, 2025, case management conference, nor did he respond to defendants' efforts to file a joint case management statement. Dkt. No. 47. Defendants have appeared at all proceedings in compliance with my orders.

    On September 23, 2025, I ordered Mr. McCaffrey to (1) file a declaration concerning settlement scheduling by October 1, 2025; and (2) file his amended complaint by October 3, 2025. Dkt. No. 48. He has done neither.

    McCaffrey is therefore ORDERED TO SHOW CAUSE why his claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held October 21, 2025.  If plaintiff fails to appear and has failed to file the declaration and amended complaint as required by my order of September 23, 2025, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 7, 2025



WILLIAM H. ORRICK
United States District Judge

2