United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MCCAFFREY,<br>Plaintiff,<br>v.<br>CITY OF RICHMOND, et al.,<br>Defendants. | Case No. 25-cv-03568-WHO<br><br>**ORDER TO SHOW CAUSE** |

On June 25, 2026, defendants City of Richmond, Richmond Police Department, Shasa Curl, and Bisa French (together, "City Defendants") filed a motion for summary judgment. Dkt. No. 82. Plaintiff Jesse McCaffrey's opposition to this motion was due on July 9, 2026. As of the date of this order, McCaffrey has failed to file an opposition.

Accordingly, McCaffrey is ORDERED TO SHOW CAUSE for his failure to timely respond. McCaffrey may satisfy this order to show cause by filing an opposition to the motion for summary judgment on or before **July 30, 2026**. The hearing on City Defendants' motion is continued to **August 26, 2026 at 2:00 p.m.** via Zoom videoconference.

Should McCaffrey fail to file any opposition by the above deadline, I will consider City Defendants' motion to be unopposed and will proceed accordingly.

**IT IS SO ORDERED.**

Dated: July 17, 2026



WILLIAM H. ORRICK
United States District Judge